# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES TITSWORTH

    Plaintiff(s),

v.

CARRINGTON MORTGAGE SERVICES, LLC

    Defendant(s).

**Case No. 8:19-cv-01093-JLS-ADS**

**ORDER FOR DISMISSAL**

Upon review of the parties' Stipulation for Dismissal with prejudice of Defendant Carrington Mortgage Services, LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Carrington Mortgage Services, LLC, with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Date: August 12, 2019

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE